IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**MICHAEL D. HELM**                                                                   **PLAINTIFF**

      **v.**                    **Civil No. 07-2112**

**SUN LIFE ASSURANCE COMPANY OF CANADA**                                **DEFENDANT**

## J U D G M E N T

Now on this 2nd day of March, 2009, for reasons set forth in Orders entered on November 24, 2008, and concurrent herewith, the Court enters judgment in this matter as follows:

**IT IS HEREBY ORDERED** that defendant Sun Life Assurance Company of Canada reinstate benefits payments due to plaintiff Michael D. Helm under the employee welfare benefit plan sponsored by Sparks Health System of Fort Smith and insured by Sun Life Assurance Company of Canada, as of November 24, 2008, and continue such payments for as long as Michael D. Helm remains eligible therefor.

**IT IS FURTHER ORDERED** that plaintiff Michael D. Helm have judgment against defendant Sun Life Assurance Company of Canada for $240,000.00 for past due benefits; $23,511.00 in attorney's fees; $473.30 in attorney's fees and costs; and $12,155.34 in prejudgment interest, for a total award of Two Hundred Seventy-six Thousand One Hundred Thirty-Nine and 64/100 Dollars ($276,139.64), same to bear interest at the rate of .72% per annum, for all of

which execution may issue.

**IT IS SO ORDERED.**

                                           **/s/ Jimm Larry Hendren**
                                           **JIMM LARRY HENDREN**
                                           **UNITED STATES DISTRICT JUDGE**