IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL D. HELM                                              PLAINTIFF

    V.                       Civil No. 07-2112

SUN LIFE ASSURANCE COMPANY
OF CANADA                                                    DEFENDANT

O R D E R

Currently before the Court is the defendant's **Motion for Stay of Execution of Judgment and for Approval of Supersedeas Bond (Doc. 25)**.  The defendant states that the plaintiff has no objection to this motion.  The Court, being well and sufficiently advised, finds that the motion should be and hereby is **GRANTED**.

The defendant shall have five days from the date of this order to submit the referenced letter of credit to the Court.  The Clerk of Court is directed to accept the letter of credit as a supersedeas bond under Rule 62(d) of the Federal Rules of Civil Procedure.  All attempts to execute upon the judgment are stayed until such time as the appeal of this matter is decided.  The defendant shall be required to renew the letter of credit if it expires before the appeal is decided.

IT IS SO ORDERED this 30th day of March, 2009.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE