## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

**MICHAEL D. HELM**                                                                                    **PLAINTIFF**

        v.                    Civil No. 07-2112

**SUN LIFE ASSURANCE COMPANY OF CANADA**                                             **DEFENDANT**

### O R D E R

Now on this 16th day of June, 2009, comes on for consideration defendant's **Motion To Release Supersedeas Bond** (document #34), in which defendant recites that the parties have settled this case, the appeal has been dismissed, and plaintiff has filed a Satisfaction of Judgment.  Defendant asks that this Court release the Supersedeas Bond and return its original Letter of Credit.

The Court finds that this motion should be, and same hereby is, **granted**.

**IT IS THEREFORE ORDERED** that the Supersedeas Bond posted in this matter by defendant Sun Life Assurance Company of Canada is released, and

**IT IS FURTHER ORDERED** that the original Letter of Credit posted by defendant Sun Life Assurance Company of Canada be returned to it, c/o Paul D. Waddell, BARRETT & DEACON, P.A., P.O. Box 1506, Fayetteville, Arkansas  72702.

**IT IS SO ORDERED.**

                                                                               /s/ Jimm Larry Hendren
                                                                            **JIMM LARRY HENDREN**
                                                                            **UNITED STATES DISTRICT JUDGE**